No. 221, Misc. THOMPSON *v.* MICHIGAN CORRECTIONS COMMISSION ET AL.

*Per Curiam:* The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

No. 222, Misc. PUGH *v.* CALIFORNIA.

*Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Morris Lavine* for appellant.

No. 11, Original. UNITED STATES *v.* LOUISIANA. The motion by the Solicitor General to dismiss as moot the motion by Anderson-Prichard Oil Corporation for extraordinary relief and for amendment or interpretation of the decree of this Court is granted. The motion by Anderson-Prichard Oil Corporation for extraordinary relief and for amendment or interpretation of the decree of this Court is dismissed. THE CHIEF JUSTICE took no part in the consideration or decision of these motions. *Solicitor General Rankin* for the United States. *Joseph V. Ferguson, II* for the Anderson-Prichard Oil Corporation, movant. (For decree, see 351 U. S. 978.)